No. 46,207

PANHANDLE EASTERN PIPE LINE COMPANY, a Corporation, *Appellant,* v. GLENNA NICKELSON, County Treasurer of Kiowa County; THE BOARD OF COUNTY COMMISSIONERS OF KIOWA COUNTY; RONALD F. DWYER, Director of Property Valuation of the State of Kansas, *Defendants,* and CHESTER HENDRIX, County Clerk of Kiowa County; STATE BOARD OF TAX APPEALS OF KANSAS and STATE BOARD OF EQUALIZATION OF KANSAS; and CHARLES B. JOSEPH, RALPH McCARTY, EUGENE E. LEE, and WILLIAM D. ANDERSON, JR., Members of the State Board of Tax Appeals of Kansas and the State Board of Equalization of Kansas; and JOHN E. ROYSTON, Attorney and Secretary of the State Board of Tax Appeals of Kansas and the State Board of Equalization of Kansas, *Appellees.*

No. 46,208

PANHANDLE EASTERN PIPE LINE COMPANY, a Corporation, *Appellant,* v. GLADYS E. PATRICK, County Treasurer of Clark County, et al., *Defendants,* and GLEE VANNAMAN, County Clerk of Clark County, et al., *Appellees.*

No. 46,210

PANHANDLE EASTERN PIPE LINE COMPANY, a Corporation, *Appellant,* v. VERNA LEE DAKAN, County Treasurer of Meade County, et al., *Defendants,* and VELMA PEMBERTON, County Clerk of Meade County, et al., *Appellees.*

No. 46,353

PANHANDLE EASTERN PIPE LINE COMPANY, a Corporation, *Appellant,* v. BETTY KLINE, County Treasurer of Ford County, et al., *Defendants,* and LUCILLE KECK, County Clerk of Ford County, et al., *Appellees.*

No. 46,392

NORTHERN NATURAL GAS COMPANY, a Corporation, *Appellant,* v. VERNA LEE DAKAN, County Treasurer of Meade County, et al., *Defendants,* and VELMA PEMBERTON, County Clerk of Meade County, et al., *Appellees.*

No. 46,393

NORTHERN NATURAL GAS COMPANY, a Corporation, *Appellant,* v. GLENNA NICKELSON, County Treasurer of Kiowa County, et al., *Defendants,* and CHESTER HENDRIX, County Clerk of Kiowa County, et al., *Appellees.*

No. 46,394

NORTHERN NATURAL GAS COMPANY, a Corporation, *Appellant*, v. BETTY J. KLINE, County Treasurer of Ford County, et al., *Defendants*, and LUCILLE KECK, County Clerk of Ford County, et al., *Appellees*.

No. 46,413

NORTHERN NATURAL GAS COMPANY, a Corporation, *Appellant*, v. GLADYS E. PATRICK, County Treasurer of Clark County, et al., *Defendants*, and GLEE VANNAMAN, County Clerk of Clark County, et al., *Appellees*.

(495 P. 2d 993)

Opinion filed April 8, 1972.

*John S. Seeber,* of Adams, Jones, Robinson and Manka, of Wichita, argued the cause, and *C. A. Conoley,* of Kansas City, Mo., was with him on the brief for the appellants.

*Clarence J. Malone,* acting director for the property valuation department, and *Matthew J. Dowd,* assistant attorney general, argued the cause, and *Vern Miller,* attorney general, *Martin Aelmore,* Kiowa county attorney, *Willis Shattuck,* Clark county attorney, and *Gerald C. Golden,* Meade county attorney, were with them on the brief for the appellees.

*Per Curiam:* These eight appeals, arising in the sixteenth judicial district of Kansas, involve two questions: (1) Is the county clerk a proper party defendant in a local action to recover taxes paid under protest, and (2) are the state board of tax appeals, the state board of equalization and the individual members, the attorney and the secretary of those boards indispensable, necessary or proper parties defendant in such an action

Squarely in point is *Northern Natural Gas Co. v. Bender,* 208 Kan. 135, 490 P. 2d 399, under which authority the judgments, so far as they dismiss the actions as to the respective county clerks, are reversed, and in all other respects they are affirmed.